# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| ) | Case No. 1:16-cr-190 |
| Wendy Dawn Lahm, ) | |
| ) | |
| Defendant. ) | |

On December 28, 2016, the Government filed a "Motion for Furlough - Temporary Release to Address Medical Issues." Therein it advised: (1) defendant had an appointment on December 29, 2016, at a hospital in Minot, North Dakota, to address ongoing medical needs that were critical in nature, including a surgical procedure; and (2) the United States Marshal was required to maintain a presence at the hospital until defendant is discharged. It requested that the court temporarily release defendant while she obtained treatment.

On December 28, 2016, the court issued an order granting the Government's motion and directing the United States Marshal to transport defendant to her appointment at the hospital with the caveat that she would be temporarily released upon her arrival. On December 30, 2016, the United States Marshal contacted the court to advise that defendant's appointment had been rescheduled for January 3, 2017.

Accordingly, the order granting the Government's motion shall be amended as follows. The United State Marshal shall arrange for transport of defendant to the hospital in Minot, North Dakota, on January 3, 2017. Upon her arrival, defendant shall be temporarily released from federal custody until she is discharged from the hospital. Absent further order of the court, defendant shall surrender

1

to the United States Marshal immediately upon her discharge from the hospital.

**IT IS SO ORDERED.**

Dated this 3rd day of January, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court